August 30, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

DEBBIE PATTILLO, Appellant

NO. 14-15-00628-CV                           V.

SYLVIA FRANCO, Appellee

_____

   This cause, an appeal from the judgment in favor of appellee, Sylvia Franco, signed, June 22, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

   We order appellant, Debbie Pattillo, jointly and severally, to pay all costs incurred in this appeal.

   We further order this decision certified below for observance.